**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        Joan Gottlieb Mendell v. Laurence Scott and Rachel Chaput

Appellate case number:    01-20-00578-CV

Trial court case number:   475348

Trial court:                      Probate Court No. 1 of Harris County

On August 12, 2020, appellant, Joan Gottlieb Mendell filed a notice of appeal from four trial court orders, signed on different dates, in this probate proceeding. These orders include: a June 10, 2020 order denying appellant's motion for summary judgment, and three orders granting separate motions for partial summary judgment filed by appellees, Laurence Scott and Rachel Chaput, with one such order signed on February 7, 2020, and the other two orders being signed on July 23, 2020.

On October 19, 2020, the underlying litigation was set for a jury trial, which was completed on October 22, 2020. In this appeal, appellant's brief was originally due on November 16, 2020. On appellant's motion, the deadline to file appellant's brief was extended to December 16, 2020. On December 16, 2020, appellant filed an "Unopposed Motion to Abate Appeal, and in the Alternative, Second Motion to Extend Time." In her motion, appellant requested that the appeal be abated, or alternatively, she be granted an extension of time to file her brief "until such time as a final judgment is rendered in the trial court disposing of all parties and all claims, and the judgment is either appealed or allowed to become final and unappealable." According to the motion, a hearing on a motion for entry of final judgment, filed in the trial court by appellees, Laurence Scott and Rachel Chaput, was set for December 17, 2020.

Appellant's motion to abate the appeal is **granted**. Until a party successfully moves to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of abatement.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: ___/s/ Terry Adams_____
        ☑ Acting individually   ☐ Acting for the Court

Date: __December 29, 2020_____